CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 03 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KENNETH BARBOUR,** | ) | CASE NO. 7:12CV00051 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| **11 CAC CLERK JOHN LEAY, ET AL.,** | ) | By:  James C. Turk |
| | ) | Senior United States District Judge |
| Defendant(s). | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); all pending motions are **DISMISSED** as moot; it is **CERTIFIED** that an appeal of this order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER:** This 3rd day of February, 2012.

/s/ James C. Turk
Senior United States District Judge